1  Michael B. Garfinkel, (Cal. Bar No. 156010)
   MGarfinkel@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  Joren S. Bass, (Cal. Bar No. 208143)
   JBass@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
8  Facsimile:  415.344.7050

9  Attorneys for Defendants
   THE HERTZ CORPORATION, DOLLAR
10 THRIFTY AUTOMOTIVE GROUP, INC.
   and DTG OPERATIONS, INC.

**DENIED** *

Judge Maxine M. Chesney

\* Denied as moot in light of the Court's Order Directing Plaintiff to Show Cause Why Complaint Should Not Be Dismissed for Lack of Jurisdiction, filed concurrently herewith.
Dated: July 18, 2014

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS OGLOZA,<br><br>                        Plaintiff,<br><br>          v.<br><br>THE HERTZ CORPORATION,<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.<br>and DTG OPERATIONS, INC.,<br><br>                        Defendants. | Case No. 14-cv-02103 MMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**<br><br>Action Filed: May 7, 2014<br><br>Hearing Date: September 12, 2014<br>Time:              9:00 a.m.<br>Courtroom:    Courtroom 7, 19th Floor<br>Before:           Hon. Maxine M. Chesney |

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

3  1.  Defendants, having declined the jurisdiction of a United States Magistrate Judge, re-noticed their Joint Motion to Dismiss Complaint or in the Alternative for a More Definite Statement (the "Motion to Dismiss") for hearing before this Court, in accordance with the instructions of the Clerk of Court;

2.  The hearing on the Motion to Dismiss is now set for September 12, 2014 at 9:00 a.m.;

3.  Because Plaintiff's counsel is unavailable to respond to Defendants' Joint Motion to Dismiss in the timeframe provided in Civil L.R. 7-3, the parties agree to alter the briefing schedule set by Civil Local Rule 7-3 for the filing of Opposition and Reply Briefs to the Motion to Dismiss;

4.  The parties stipulate that Plaintiff's Opposition or Statement of Nonopposition is due on or before August 8, 2014;

5.  The parties further stipulate that Defendants' Reply is due on or before August 29, 2014;

6.  This does not alter any existing deadline imposed by the Court.

**IT IS SO ORDERED.**

Dated: _____     _____
                                   Honorable Maxine M. Chesney
                                   United States District Judge

LEGAL122765712

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS
Case No. 14-cv-02103 MMC