UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 14-2103 MMC | Darius Ogloza v. The Hertz Corporation, Dollar Thrifty Automotive Group, Inc., and DTG Operations Inc. |
| C 14-4487 JCS | Darius Ogloza v. The Hertz Corporation, Dollar Thrifty Automotive Group, Inc., and DTG Operations Inc. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).


**DATED**: October 29, 2014

_____
MAXINE M. CHESNEY
United States District Judge